# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

    Plaintiff,                                Case No. 3:07-cr-183

- vs -

                                              District Judge Walter H. Rice
                                              Magistrate Judge Michael R. Merz

ANTONIO PIERCE,

    Defendant.                           :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 459), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections was filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for Reduction of Sentence pursuant to the First Step Act (ECF No. 458) is GRANTED and the case will be set for re-sentencing.

May 23, 2019.

                                                               Walter H. Rice
                                                               United States District Judge