# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:07-CR-00183(1) |
| vs. | : | JUDGE RICE |
| ANTONIO PIERCE, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court on the parties' Joint Motion for Reduction of Sentence Pursuant to the First Step Act (Doc. 458). For good cause shown, the motion is GRANTED and the Defendant's term of imprisonment previously imposed is hereby REDUCED to a sentence of TIME SERVED, which will result in his immediate release. As a special condition of supervised release, the Defendant shall be placed on a curfew at the direction of his Probation Officer until February 6, 2021. The Defendant shall also be required to participate in and successfully complete the Reentry Court program. All other terms and conditions outlined in the Judgment entered May 27, 2008 (Doc. 181) shall remain in full force. The Court will make available this Order to the Bureau of Prisons as soon as possible. IT IS SO ORDERED.

Defendant's *pro se* Motion for Compassionate Release (Doc. 466) is DENIED as MOOT.

(tp - per Judge Rice authorization after his review)

Walter H. Rice, Judge
United States District Court