IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                   Case No.   3:07cr183(1)

ANTONIO PIERCE,              JUDGE WALTER H. RICE

      Defendant.

_____

ORDER SETTING TERMS OF SUPERVISED RELEASE
_____

It is the order of this Court that defendant be supervised by the United States Probation Office for the Southern District of Ohio.

Defendant shall participate in the Curfew component of the location monitoring program until February 6, 2021. While on curfew in the location monitoring program, defendant is restricted to his residence every day from 8:00pm to 8:00am, or as directed by the probation officer. The defendant shall be monitored by the use of Radio Frequency (RF). The defendant shall abide by all requirements established by the probation office related to the use of this location monitoring technology. Further, shall pay all or part of the costs of location monitoring based on his/her ability to pay as determined by the probation officer.

June 12, 2020                                              *Walter H. Rice*  (tp - per Judge Rice authorization after his review)

                                                              WALTER H. RICE
                                                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Probation Officer, Melissa Stidham