IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:07cr183(1)

ANTONIO PIERCE,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY HOLDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (DOC. #466) TO BE MOOT, GIVEN THE RECENT REDUCTION OF HIS SENTENCE TO ONE OF TIME SERVED (DOC. #472, ORDER FILED JUNE 11, 2020), BASED UPON THE FIRST STEP ACT

---

Defendant's Motion for Compassionate Release (Doc. #466) is moot, given the recent reduction of his sentence to one of time served (Doc. #472, Order filed June 11, 2020), based upon the First Step Act.

July 2, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record